

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
TTY (404) 562-6801
FAX (404) 562-6909/6910
Website: www.eeoc.gov

EEOC Charge No.: 846-2012-61921

Antonio White                                    Charging Party
316 Ashwood Drive
Bonaire, GA 31005

C.W. Matthews Contracting Co. Inc.               Respondent
1600 Kenview Drive
Marietta, GA 30061

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. (Title VII). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that he was subjected to less favorable terms and conditions of employment, disciplined, suspended, and discharged because of his race (African American) and religion (Non-denominational) and retaliated against for opposing unlawful employment practices in violation of Title VII.

Respondent denies the allegations.

The Commission's investigation did not disclose sufficient evidence to support the Charging Party's allegation that he was retaliated against for opposing unlawful employment practices in violation of Title VII.

The evidence does reveal however that the Charging Party was more harshly disciplined and suspended than his similarly situated White co-workers. The evidence further shows that the Charging Party was discharged for tardiness associated with his sincerely held religious belief. Evidence shows that modifying Charging Party's work schedule so that he could adhere to his religious beliefs would not have posed an undue burden on the Respondent. Evidence therefore suggests that Respondent's proffered reason for discharging Charging Party is therefore pretext for discriminatory motive.

Based upon the evidence and the record as a whole, there is reasonable cause to conclude that the Charging Party was discriminated against because of his race and religion in violation of Title VII.

Case
White v. CW Matthews Contracting Co. Inc.

Exhibit
B

Letter of Determination
EEOC Charge No.: 846-2012-61921
Page 2

Upon finding that there is reason to believe that a violation has occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. In this regard, conciliation of this matter has now begun. A conciliation agreement containing the types of relief necessary to remedy the violation of the statutes is included for your review. When the Respondent declines to enter into settlement discussions, or when the Commission's representative for any other reason, is unable to secure a settlement acceptable to the office, the Director shall so inform the parties in writing and advise them of the court enforcement alternative available to the Charging Party, aggrieved persons, and the Commission. The confidentiality provisions of the statutes and Commission Regulations apply to information obtained during conciliation.

You are reminded that Federal Law prohibits retaliation against persons who have exercised their rights to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

JUN 30 2014

_____
Date

On Behalf of the Commission:

Bernice Williams-Kimbrough
Director
Atlanta District Office